IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JESSICA MARTIN**, an individual, | ) |
| *Plaintiff*, | ) Case No.: 15-CV-100-GKF-PJC |
| vs. | ) |
| **ADVANCE STORES COMPANY, INCORPORATED**, foreign for profit business corporation, | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jessica Martin, by and through her attorney of record, Charles C. Vaught of Armstrong & Vaught, P.L.C., and Defendant, Advance Stores Company, Incorporated, by and through its attorney of record, Yvonne Norris Maddalena of Jackson Lewis, P.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendants, with each party to bear their own costs and attorney's fees.

Dated this 12th day of October, 2015.

1

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA # 19962
ARMSTRONG & VAUGHT, P.L.C.
2727 East 21st Street Suite 505
Tulsa, Oklahoma        74114
(918) 582-2500  Telephone
(918) 583-1755  Fax
cvaught@a-vlaw.com
*Attorney for Plaintiff*


David E. Strecker, OBA #8687
Jessica C. Ridenour OBA#20758
Strecker & Associates, P.C.
2150 Mid-Continent Tower
401 S. Boston Ave.
Tulsa, OK 74103
918-582-1716
918-582-1780 Facsimile
jessica.ridenour@streckerlaborlaw.com
david.streckerl@streckerlaborlaw.com

and


*/s/ Yvonne Norris Maddalena*
*Signed with permission from Yvonne Norris Maddalena*
Tammy L. Baker
Yvonne Norris Maddalena
Jackson Lewis, P.C.
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
205-332-3101
205-332-3131 Facsimile
bakert@jacksonlewis.com
yvonne.maddalena@jacksonlewis.com
Attorneys for Defendant